No. 565. DITTMEIER v. MISSOURI REAL ESTATE COMMISSION. Supreme Court of Missouri. Certiorari denied. *Malcolm I. Frank* for petitioner. *John M. Dalton,* Attorney General of Missouri, and *Robert R. Welborn,* Assistant Attorney General, for respondent.

No. 199, Misc. CLINTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 313, Misc. WILLIAMSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 358, Misc. HEFLIN v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 408, Misc. HENDRIX v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 412, Misc. ALVAREZ v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 416, Misc. GLENNON v. MURPHY, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.